LODGED

SEP 14 2017

Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA Plaintiff, vs. WILLIAMS G. CROWE Defendant. | Citation Number: 6429065, M12 ORDER TO DISMISS |
|---|---|

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the above Violation is dismissed with prejudice.

DONE AND DATED this 14th day of September, 2017.

HONORABLE JOHN T. JOHNSTON
UNITED STATES MAGISTRATE JUDGE